Daniel Cooper (SBN 153576)
daniel@sycamore.law
Jesse C. Swanhuyser (SBN 282186)
jesse@sycamore.law
SYCAMORE LAW, INC.
1004 O'Reilly Avenue, Ste. 100
San Francisco, CA 94129
Tel: (415) 360-2962

Benjamin Harris (SBN 313193)
ben@lawaterkeeper.org
Barak Kamelgard (SBN 298822)
barak@lawaterkeeper.org
LOS ANGELES WATERKEEPER
360 E 2nd Street Suite 250
Los Angeles, CA 90012
Tel: (310) 394-6162
Fax: (310) 394-6178

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a public benefit non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MITSUBISHI CEMENT CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 2:23-cv-00502-ODW-MAA<br><br>**NOTICE OF LODGING OF DEPARTMENT OF JUSTICE LETTER OF NON-OBJECTION; and REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE** |

On August 2, 2023 Plaintiff Los Angeles Waterkeeper ("LA Waterkeeper") and Defendant Mitsubishi Cement Corporation ("Mitsubishi") (collectively the "Parties") filed a JOINT NOTICE OF SETTLEMENT AND FEDERAL AGENCY 45-DAY REVIEW PERIOD ("Notice of Settlement") (Dkt. 17). The Notice of Settlement informed the Court that: a) the Parties had executed a execute a [Proposed] Order and Consent Decree ("Consent Decree") that, if entered, will result in the full settlement of all claims; and b) pursuant to 40 C.F.R. 135.5, the Court may not take any action on the Consent Decree until the U.S. Department of Justice and the U.S. Environmental Protection Agency ("Federal Agencies") have concluded a review of the proposed settlement instrument.

On August 23, 2023, the U.S. Department of Justice served the Parties with a "no objection" letter by email. The "no objection" letter, which is filed concurrently herewith as Exhibit B, states that the Federal Agencies do not object to, or otherwise oppose, entry of the Consent Decree.

All pre-requisite actions having been completed; Plaintiff respectfully requests that this Court enter the Consent Decree filed concurrently herewith combined in a single PDF with Exhibit A to the Consent Decree.

DATED: August 25, 2023

                                             SYCAMORE LAW, INC.

                               by:     */s/ Jesse C. Swanhuyser*
                                                Jesse C. Swanhuyser
                                                Attorneys for Plaintiff